| | |
|---|---|
| 1 | Barbara A. Rohr, SBN 273353 |
| | **Faruqi & Faruqi LLP** |
| 2 | 10866 Wilshire Boulevard, Suite 1470 |
| | Los Angeles, CA 90024 |
| 3 | Telephone:    (424) 256-2884 |
| | Facsimile:    (424) 256-2885 |
| 4 | Email: brohr@faruqilaw.com |
| 5 | *Attorneys for Plaintiffs* |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANNY LU, individually and on Behalf of All Others Similarly Situated, | **CLASS ACTION** |
| | Case 3:16-cv-04605-WHO |
| Plaintiff, | |
| v. | **ORDER CONCERNING JOINT STIPULATION REGARDING PLAINTIFFS' VOLUNTARY DISMISSAL OF THE ACTIONS AND PLANTIFFS' COUNSEL'S ANTICIPATED APPLICATION FOR AN AWARD OF ATTORNEYS' FEES AND EXPENSES** |
| RELYPSA, INC., DANIEL K. SPIEGELMAN, JOHN P. BUTLER, PAUL J. HASTINGS, KENNETH J. HILLAN, M.B.Ch.B., DAVID W.J. MCGIRR, JOHN A. ORWIN, THOMAS J. SCHUETZ, M.D., Ph.D., and HELEN TORLEY, M.B.Ch.B., M.R.C.P., | |
| | Judge: Hon. William H. Orrick |
| Defendants. | |
| ALAN S. EDELMAN, | **CLASS ACTION** |
| | Case 3:16-cv-04702-WHO |
| Plaintiff, | |
| v. | Judge: Hon. William H. Orrick |
| RELYPSA, INC., DANIEL K. SPIEGELMAN, JOHN P. BUTLER, PAUL J. HASTINGS, KENNETH J. HILLAN, DAVID W.J. MCGIRR, JOHN A. ORWIN, THOMAS J. SCHUETZ, HELEN TORLEY, GALENICA AG and VIFOR PHARMA USA INC., | |
| Defendants. | |

ORDER CONCERNING JOINT STIPULATION REGARDING PLAINTIFFS' VOLUNTARY DISMISSAL OF
THE ACTIONS AND PLAINTIFFS' COUNSEL'S ANTICIPATED APPLICATION FOR AN AWARD OF
ATTORNEYS' FEES AND EXPENSES
Case Numbers 3:16-cv-04605; 3:16-cv-04702-WHO; 3:16-cv-04684-WHO;
3:16-cv-04735-WHO; 3:16-cv-04800-WHO

| | |
|---|---|
| SERVANDO MORALES, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>RELYPSA, INC., DANIEL K. SPIEGELMAN, JOHN P. BUTLER, PAUL J. HASTINGS, KENNETH J. HILLAN, DAVID W.J. MCGIRR, JOHN A. ORWIN, THOMAS J. SCHUETZ, and HELEN TORLEY,<br><br>Defendants. | **CLASS ACTION**<br><br>Case 3:16-cv-04684-WHO<br><br>Judge: Hon. William H. Orrick |
| JOHN ZAVOLAS Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>RELYPSA, INC., DANIEL K. SPIEGELMAN, JOHN A. ORWIN, JOHN P. BUTLER, PAUL J. HASTINGS, KENNETH J. HILLAN, M.B.Ch.B., DAVID W.J. MCGIRR, THOMAS J. SCHUETZ, M.D., Ph.D., and HELEN TORLEY, M.B.Ch.B., M.R.C.P.,<br><br>Defendants. | **CLASS ACTION**<br><br>Case 3:16-cv-04735-WHO<br><br>Judge: Hon. William H. Orrick |
| JAMES MORGAN, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>RELYPSA, INC., DANIEL K. SPIEGELMAN, JOHN P. BUTLER, PAUL J. HASTINGS, KENNETH J. HILLAN, DAVID W.J. MCGIRR, JOHN A. ORWIN, THOMAS J. SCHUETZ, and HELEN TORLEY,<br><br>Defendants. | **CLASS ACTION**<br><br>Case 3:16-cv-04800-WHO<br><br>Judge: Hon. William H. Orrick |

Upon consideration of Plaintiffs' Joint Stipulation Concerning Plaintiffs' Voluntary Dismissal of the Actions and Plaintiffs' Counsel's Anticipated Application for an Award of Attorneys' Fees and Expenses, IT IS HEREBY ORDERED this 12th day of September, 2016, that:

Plaintiffs' Joint Stipulation Concerning Plaintiffs' Voluntary Dismissal of the Actions and Plaintiffs' Counsel's Anticipated Application for an Award of Attorneys' Fees and Expenses is GRANTED and the Court retains jurisdiction to consider Plaintiffs' Counsel's application for an award of attorneys' fees, which should be filed no later than 30 days from the date of this order.

PURSUANT TO STIPULATION, IT IS SO ORDERED:

Dated: September 12, 2016

_____
Honorable William H. Orrick
United States District Court Judge

ORDER CONCERNING JOINT STIULATION REGARDING PLAINTIFFS' VOLUNTARY DISMISSAL OF THE ACTIONS AND PLAINTIFFS' COUNSEL'S ANTICIPATED APPLICATION FOR AN AWARD OF ATTORNEYS' FEES AND EXPENSES
Case Numbers 3:16-cv-04605; 3:16-cv-04702-WHO; 3:16-cv-04684-WHO;
3:16-cv-04735-WHO; 3:16-cv-04800-WHO